# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leron Thomas             Cr.: 06-00025-001
                                                                                 PACTS #: 44911

Name of Sentencing Judicial Officer: The Honorable Dickinson R. Debevoise

Date of Original Sentence: 07/17/07

Original Offense: Unlawful Possession of a Firearm by a Convicted Felon

Original Sentence: 57 months custody; 2 years supervised release; $100 special assessment

Type of Supervision: Supervised Release                 Date Supervision Commenced: 07/01/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>On October 17, 2011, the offender was arrested by the Jersey City Police Department on a Simple Assault/Domestic Violence warrant issued in Jersey City on April 12, 2011. The offender did not report this arrest to the probation officer until October 25, 2011. |
| 2 | The offender has violated the special supervision condition which states '**ALCOHOL/DRUG TESTING AND TREATMENT**<br><br>**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'<br><br>The offender reported to the probation office on October 25, 2011, and provided a urine sample which tested positive for PCP (phencyclidine) via a five-panel instant test. The offender signed a Drug Admission Form admitting he used the drug on October 21, 2011. |

U.S. Probation Officer Action:

In regard to Violation #1, the probation office respectfully requests that no formal action be taken at this time. The offender has been verbally reprimanded for his failure to report this arrest within 72 hours. His court date is scheduled for December 2, 2011, in Jersey City Municipal Court. We respectfully recommend withholding Court action until the pending charge is adjudicated or until such time as circumstances warrant immediate action.

In regard to Violation #2, the Probation Office recommends presentation of this document to the offender as a formal judicial written reprimand. Additionally, the offender will be returned to the probation office's code-a-phone (random urine monitoring) program, for increased monitoring.

Respectfully submitted,

By: Gisella M. Bassolino
2011.11.03 13:10:33 -04'00'

U.S. Probation Officer
Date: 10/31/11

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other:

Signature of Judicial Officer

Nov 4, 2011

Date